**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:03CR34**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JENNIE KNOX BROWN (2),** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's Miscellaneous Motion for Relief,
filed March 23, 2006. In this Motion, Defendant asks the Court for an order directing the United
States Marshal Service to transport her from Federal Prison Camp in Alderson, West Virginia to
Statesville, North Carolina for attendance at a Social Security Disability hearing on April 26,
2006.

After various conversations with officials at the Federal Prison Camp in Alderson, West
Virginia and with Defendant's attorney, Walter Patterson, the Court concludes that transportation
of Defendant for less than a day of hearings is unwarranted. However, the Court believes that
Defendant's appearance at the April 26 Social Security hearing via conference call will
accomplish the same or similar objectives as her physical appearance at this hearing.

**IT IS, THEREFORE, ORDERED** that Defendant's Miscellaneous Motion for Relief is
hereby **GRANTED IN PART AND DENIED IN PART**. Defendant's Motion is <u>denied</u> to the
extent she asks for the Court to order the United States Marshal Service to transport her from
Alderson, West Virginia to Statesville, North Carolina for the April 26 Social Security Disability
hearing. However, Defendant's Motion is <u>granted</u> in that the Court will request that the Warden

1

at the Federal Prison Camp in Alderson, West Virginia provide Defendant with access to a telephone at 12:30 p.m. on April 26, 2006 so that Defendant can participate in her Social Security Disability hearing by conference call.

**The Clerk is directed to send copies of this Order to defense counsel, Defendant, and Deborah Hickey, Warden, Federal Bureau of Prisons, Federal Prison Camp, Box A, Alderson, West Virginia 24910.**

Signed: March 28, 2006

Richard L. Voorhees
Chief United States District Judge